689 A.2d 727

IN THE MATTER OF ALTHEAR A. LESTER,
AN ATTORNEY AT LAW.

March 24, 1997.

### ORDER

The Disciplinary Review Board on December 18, 1996, having filed with the Court its decision concluding that **ALTHEAR A. LESTER** of **NEWARK,** who was admitted to the bar of this State in 1969, should be suspended from practice for a period of six months for respondent's violations of *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to keep client reasonably informed), *RPC* 1.16(d) (failure to surrender client papers), *RPC* 4.1(a) (knowingly making a false statement of material fact), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(c) (conduct involving

dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **ALTHEAR A. LESTER** is hereby suspended from the practice of law for a period of six months, effective April 15, 1997, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.